AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

FEB 2 7 2014

Clerk of Court

United States of America )
v. )
) Case No. M-14-388-M
Jesus Javier GARZA Jr. )
YOB: 1984  Citizenship: USC )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 27, 2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A (a) (2) (A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
On January 8, 2014, Homeland Security Investigations (HSI), McAllen, Texas, special agents began an Internet investigation to identify persons using the peer-to-peer (P2P) software on the Internet to traffic in child pornography.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Nathan Brigmon, U.S. HSI Special Agent
*Printed name and title*

Approved to file Kimberly Ann Leo
AUSA

Sworn to before me and signed in my presence.

Date: 2/27/2014

_____
*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

## Attachment "A"

On January 8, 2014, Homeland Security Investigations (HSI), McAllen, Texas (TX), Special Agent (SA) Richard L. Ullrich began an Internet investigation to identify persons using the peer-to-peer (P2P) software on the Internet to traffic in child pornography. SA Ullrich identified a computer, located at IP (Internet Protocol) 24.243.115.48, offering to participate in the distribution of movies with titles that were suggestive of child pornography. Several movies were viewed and observed to meet the federal definition of child pornography.

Subsequent investigation revealed that IP 24.243.115.48 was also utilized from the residence of Jesus Javier GARZA Jr. (GARZA) in Mission, TX. On February 27, 2014, HSI McAllen special agents executed a federal search warrant at the residence of GARZA in Mission, TX. The search warrant was executed without incident resulting in the seizure of 2 computers and various media storage devices.

On February 27, 2014, GARZA was interviewed by SA Richard L. Ullrich, and SA Nathan Brigmon. GARZA was read his rights in English by SA Ullrich from a preprinted form, as witnessed by SA Brigmon. GARZA stated that he understood his rights, waived his rights, and agreed to an interview.

GARZA stated that he did in fact download and receive child pornography from the Internet, and was in fact in possession of child pornography on his computer and a portable media storage device. GARZA stated that he was aware that it was illegal to download, receive and possess child pornography.

Assistant United States Attorney Kimberly Leo was briefed regarding the aforementioned and Federal Prosecution was accepted.